### 50844. PIEDMONT ENGINEERING & CONSTRUCTION CORPORATION v. BO GRADING CONTRACTORS, INC.

STOLZ, Judge.
The Superior Court of Fulton County correctly denied appellant's motion to dismiss as the record reveals material issues of fact to exist for jury determination.

*Judgment affirmed. Deen, P. J., and Evans, J., concur.*

ARGUED JULY 1, 1975 — DECIDED SEPTEMBER 4, 1975 — REHEARING DENIED SEPTEMBER 18, 1975 — ▮▮▮▮▮▮▮

*Gershon, Ruden, Pindar & Olim, George A. Pindar, Jay E. Loeb,* for appellant.

*Greene, Smith & Tarver, Laurie C. Davis, Morgan M. Robertson,* for appellee.